# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Chad Wilbur,                                 Civil No. 09-759 (RHK/FLN)

    Plaintiff,                           **ORDER OF DISMISSAL**

v.

Interstate Brands Corporation

    Defendant.

---

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. No. 44), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its or his own costs.

Dated: April 20, 2010

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge